PER CURIAM.
This is an interlocutory appeal from an order denying defendant’s motion to quash service under Florida s Long Arm” Statute, Section 48.181 (formerly Section 47.16), Florida Statutes, F.S.A. We affirm on the authority of International Shoe Co. v. Washington, 1945, 326 U.S. 310, 66 S.Ct. 154, 90 L.Ed. 95; State ex rel. Weber v. Register, Fla. 1953, 67 So.2d 619; Steel Joist Institute, Inc. v. J. H. Mann, III, Inc., Fla.App.1965, 171 So.2d 625.
Affirmed.
WALDEN, C. J., and McCAIN and REED, JJ., concur.